NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1133

STATE OF LOUISIANA

VERSUS

DANIEL TAYLOR, JR.

**********
APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 04-1106
HONORABLE EDWARD LEONARD, JR., DISTRICT JUDGE

**********
ULYSSES GENE THIBODEAUX
CHIEF JUDGE
**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Marc T. Amy, and Glenn B. Gremillion, Judges.

AFFIRMED.

J. Phillip Haney
District Attorney
300 Iberia Street - Suite 200
New Iberia, LA 70560
Telephone: (337) 369-4420
COUNSEL FOR:
    Plaintiff/Appellee - State of Louisiana

Bertha Moseley Hillman
Hillman Law Firm
P. O. Box 1062
Thibodaux, LA 70302
Telephone: (985) 446-5480
COUNSEL FOR:
    Defendant/Appellant - Daniel Taylor, Jr.

**Jeffrey J. Trosclair**
**Assistant District Attorney**
**Sixteenth Judicial District Court**
**St. Mary Parish Courthouse**
**Franklin, LA 70538**
**Telephone:  (337) 828-4100**
**COUNSEL FOR:**
     **Plaintiff/Appellee - State of Louisiana**

**Daniel Taylor, Jr.**
**Louisiana State Penitentiary**
**Camp D Falcon 4**
**Angola, LA 70712**